# UNITED STATES DISTRICT COURT
## for the
### Central District of California

| | |
|---|---|
| In the Matter of the Search of:<br>Information associated with accounts identified as @AVSRAFFLES, @AVSRLIVE, Facebook.com/alfonso.valdes.1428, and Facebook.com/profile.php?id=61554697241041 that are within the possession, custody, or control of Meta Platforms, Inc. | Case No. **2:25-MJ-00101** |

### WARRANT BY TELEPHONE PURSUANT TO 18 U.S.C. § 2703

To:   Any Authorized Law Enforcement Officer

An application by a federal law enforcement officer requests the production and search of the following data:

*See Attachment A*

The data to be produced and searched, described above, are believed to contain the following:

*See Attachment B*

I find that the affidavit, or any recorded testimony, establishes probable cause to produce and search the data described in Attachment A, and to seize the data described in Attachment B. Such affidavit is incorporated herein by reference.

**AUTHORIZED LAW ENFORCEMENT OFFICER/S IS/ARE HEREBY COMMANDED** to serve this warrant on Meta Platforms, Inc. at any time within 14 days from the date of its issuance.

**Meta Platforms, Inc. IS HEREBY COMMANDED** to produce the information described in Attachment A within 10 calendar days of the date of service of this order. **Meta Platforms, Inc. IS FURTHER COMMANDED** to comply with the further orders set forth in Attachment B, and, pursuant to 18 U.S.C. § 2705(b), shall not notify any person, including the subscriber(s) of the account/s identified in Attachment A, of the existence of this warrant.

The officer executing this warrant, or an officer present during the execution, shall prepare an inventory as required by law, and shall promptly return this warrant and the inventory to the United States Magistrate Judge on duty at the time of the return through a filing with the Clerk's Office.

**AUTHORIZED LAW ENFORCEMENT OFFICER/S IS/ARE FURTHER COMMANDED** to perform the search of the data provided by Meta Platforms, Inc. pursuant to the procedures set forth in Attachment B.

Date and time issued: January 14, 2025 10:34 a.m.     _____
                                                                                        *Judge's signature*

City and State: Los Angeles, California      HON. Alka Sagar, U.S. Magistrate Judge
                                                                           *Printed name and title*

AUSA: Thomas Magana (x1344)

| **Return** ||
|---|---|
| Case No: ATF 24-21781 | Date and time warrant served on provider: 1/14/2025 2:00 PM |

Inventory made in the presence of:   Tiffany Lamphere

Inventory of data seized:
[Please provide a description of the information produced.]

1016057920564008
952913633136611_affidavit.pdf

1792379907933140
1394956031883110_affidavit.pdf

1284207846025249
627991979898257_affidavit.pdf

**Certification**

I declare under penalty of perjury that I am an officer involved in the execution of this warrant, and that this inventory is correct and was returned along with the original warrant to the designated judge through a filing with the Clerk's Office.

Date: 1/28/2025

*Executing officer's signature*
Victor Muglia Special Agent

*Printed name and title*